ACCEPTED
01-14-00522-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 10:31:24 AM
CHRISTOPHER PRINE
CLERK

# THE LAW OFFICE OF
# MARK R. MALTSBERGER
### A PROFESSIONAL LIMITED LIABILITY COMPANY

July 30, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/7/2015 10:31:24 AM
CHRISTOPHER A. PRINE
Clerk

**CMRRR: 7014 2870 0001 4148 6432**

James Allen Bundage
TDC# 1925564
Stevenson Unit
1525 FM 766
Cuero, Texas 77954

Re:              James Allen Bundage v. The State of Texas

Appeal Number:      01-14-00522-CR

Trial Number:      17304

Dear Mr. Bundage,

Today, I received the opinion from the First Court of Appeals. I am also enclosing the judgment from that court. The Court of Appeals ruled against you in that they found there was sufficient evidence to convict you, and no reversible error.

The next level to your appeal would be to the Court of Criminal Appeals in Austin, Texas. The Court of Criminal Appeals is not required to hear appeals, unlike the First Court of Appeals. The Court of Criminal Appeals has discretionary review authority in criminal cases. Should you decide to proceed to the next level of appeal in your case, therefore, you would need to file a Petition for Discretionary Review (PDR) within thirty days of the date of the opinion of the First Court of Appeals pursuant to Texas Rule of Appellate Procedure 68. The date of the opinion was July 30, 2015, so a PDR would be due to be filed with the Court of Criminal Appeals no later than August 29, 2015. The address to the Court of Criminal Appeals is 201 West 14th Street, Room 106, Austin, Texas 78701.

This ends my representation of you; an indigent defendant such as yourself is only entitled to appointed counsel through this level of the appeal. You may either hire counsel for the PDR or file it pro se if you desire. Feel free to contact me if you have any questions. I wish you the best of luck.

Feel free to contact me if you have any questions.

Sincerely,

Mark R. Maltsberger

Enclosures (2)
cc:      ~~Eleventh~~ First Court of Appeals

216 N. Bryan Avenue, Suite 110
Bryan, Texas 77803
mmaltsberger@mmaltsberger.com

TEL: 979-691-7168
FAX: 979-314-1146
www.mmaltsberger.com



- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Allen Bundage
TDC# 1925564
Stevenson Unit
1525 FM 766
Cuero, TX 77954

A. Signature
X L. Feldhousen  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

AUG - 3 2015

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7014 2870 0001 4148 6432

PS Form 3811, July 2013          Domestic Return Receipt



UNITED STATES POSTAL SERVICE

CORPUS CHRISTI TX 784 1
03 AUG 2015 PM

Bundage Appeal

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

The Law Office of
Mark R. Maltsberger, PLLC
216 N. Bryan Avenue, Suite 110
Bryan, Texas 77803